RECEIVED
SCRANTON
2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

Sydney I Bradshaw
York County Prison
3400 Concord Rd
York PA 17402
_____
**Name of Plaintiff(s)**

v. EMA correctional care
and Dr P. Sauers - Sued in Both Capacities
York County Prison
3400 Concord Rd
York PA 17402
_____
**Name of Defendant(s)**

Civil Case No.

1 : CV01-0755

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
APR 30 2001
PER _____ DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ✓ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. ✓ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No ✓

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No ✓

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ____ No ✓

 (b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 04/13/2001            _Sydney G Bradshaw_
              (Date)                (Signature of Plaintiff)


This certification is executed pursuant to Title 28, United States Code, Section 1746.

## Account Activity Ledger
From : 09/15/2000   To : 04/20/2001

Date : 04/20/2001
Time : 22:12

5:10 pm

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 60086 | Name BRADSHAW (I), SIDNEY | | | Block NC-4B | | | | |
| Initial Entry | 09/15/2000 | 12:56 | B#26809 | D | | 0.00 | | 0.00 |
| | 09/15/2000 | 13:17 | B#26812 | D | | 25.00 | | 25.00 |
| Sales Transaction | 09/18/2000 | 14:29 | I#36831 | I | 24.69 | | | 0.31 |
| postage | 09/20/2000 | 06:44 | B#26941 | W | | | -0.77 | -0.46 |
| postage | 09/21/2000 | 07:37 | B#26971 | W | | | -2.09 | -2.55 |
| cant.reimb.(BAU) | 09/22/2000 | 08:02 | B#27005 | D | | 24.69 | | 22.14 |
| postage | 09/28/2000 | 06:51 | B#27050 | W | | | -1.21 | 20.93 |
| postage | 09/28/2000 | 06:51 | B#27050 | W | | | -1.21 | 19.72 |
| postage | 09/28/2000 | 07:09 | B#27201 | W | | | -0.33 | 19.39 |
| postage | 10/03/2000 | 06:51 | B#27329 | W | | | -0.55 | 18.84 |
| postage | 10/03/2000 | 06:55 | B#27329 | W | | | -0.33 | 18.51 |
| postage | 10/04/2000 | 07:02 | B#27377 | W | | | -0.33 | 18.18 |
| postage | 10/05/2000 | 06:54 | B#27416 | W | | | -0.55 | 17.63 |
| postage | 10/06/2000 | 07:10 | B#27454 | W | | | -0.33 | 17.30 |
| postage | 10/06/2000 | 07:10 | B#27454 | W | | | -0.33 | 16.97 |
| postage | 10/06/2000 | 07:10 | B#27454 | W | | | -0.33 | 16.64 |
| postage | 10/09/2000 | 08:04 | B#27499 | W | | | -0.77 | 15.87 |
| postage | 10/09/2000 | 08:11 | B#27499 | W | | | -0.33 | 15.54 |
| copies/pike | 10/09/2000 | 14:17 | B#27523 | W | | | -0.50 | 15.04 |
| postage | 10/10/2000 | 06:43 | B#27530 | W | | | -0.55 | 14.49 |
| postage | 10/10/2000 | 06:47 | B#27530 | W | | | -0.33 | 14.16 |
| postage | 10/10/2000 | 07:00 | B#27530 | W | | | -0.33 | 13.83 |
| Sales Transaction | 10/10/2000 | 13:02 | I#39269 | I | 13.23 | | | 0.60 |
| postage | 10/11/2000 | 06:45 | B#27555 | W | | | -0.55 | 0.05 |
| postage | 10/24/2000 | 06:42 | B#27959 | W | | | -3.20 | -3.15 |
| postage large envel | 10/31/2000 | 06:43 | B#28226 | W | | | -2.75 | -5.90 |
| postage | 11/09/2000 | 07:19 | B#28562 | W | | | -1.65 | -7.55 |
| | 11/16/2000 | 14:47 | B#28814 | D | | 11.00 | | 3.45 |
| postage | 11/17/2000 | 06:45 | B#28819 | W | | | -1.87 | 1.58 |
| postage | 11/17/2000 | 06:46 | B#28819 | W | | | -1.65 | -0.07 |
| postage | 11/22/2000 | 06:32 | B#28993 | W | | | -0.99 | -1.06 |
| postage | 11/22/2000 | 06:33 | B#28993 | W | | | -0.55 | -1.61 |
| postage | 11/22/2000 | 06:33 | B#28993 | W | | | -0.33 | -1.94 |
| postage | 11/27/2000 | 08:13 | B#29051 | W | | | -0.77 | -2.71 |
| postage | 11/30/2000 | 07:24 | B#29204 | W | | | -1.21 | -3.92 |
| postage | 11/30/2000 | 07:25 | B#29204 | W | | | -0.77 | -4.69 |
| postage | 12/11/2000 | 07:35 | B#29482 | W | | | -3.20 | -7.89 |
| #15862 to US Distric | 12/12/2000 | 07:12 | B#29537 | W | | | -2.00 | -9.89 |
| postage | 12/18/2000 | 08:15 | B#29717 | W | | | -3.20 | -13.09 |
| postage | 01/08/2001 | 08:18 | B#30327 | W | | | -3.50 | -16.59 |
| postage | 01/16/2001 | 07:09 | B#30626 | W | | | -1.18 | -17.77 |
| postage | 01/29/2001 | 07:30 | B#31053 | W | | | -3.95 | -21.72 |
| postage | 01/29/2001 | 07:31 | B#31053 | W | | | -2.65 | -24.37 |

RECEIVED
SCRANTON
MAR 9 2001
MARY E. D'ANDREA, CLERK
PER _____ TS
DEPUTY CLERK

Page :   1

*5copies*

Date : 04/20/2001
Time : 22:12

## Account Activity Ledger

From : 09/15/2000   To : 04/20/2001

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 60086 | **Name** BRADSHAW (I), SIDNEY | | | | **Block** NC-4B | | | |
| postage | 02/05/2001 | 06:58 | B#31285 | W | | | -3.50 | -27.87 |
| postage | 02/20/2001 | 06:35 | B#31787 | W | | | -2.65 | -30.52 |
| postage | 03/12/2001 | 07:19 | B#32478 | W | | | -1.18 | -31.70 |
| | 04/02/2001 | 11:37 | B#33255 | D | | 10.00 | | -21.70 |
| postage | 04/04/2001 | 07:22 | B#33319 | W | | | -0.55 | -22.25 |
| postage | 04/16/2001 | 06:36 | B#33637 | W | | | -0.76 | -23.01 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 5 | For $ | 70.69 |
| Withdraws | 42 | For $ | -55.78 |
| Invoices | 2 | For $ | 37.92 |