14 copies

FILED SCRANTON
APR 3 0 2001
PER _____ DEPUTY CLERK

# AUTHORIZATION
(Prisoner's Account Only)

1 : cv 01-0755 Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Sydney Bradshaw__, request and authorize the agency holding me in custo[dy] to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, certified copy of the statement for the past six months of my trust fund account (or institutional equivalen[t]) at the institution where I am incarcerated. I further request and authorize the agency holding me in custo[dy] to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specifi[ed] by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand th[at] the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted fro[m] my account regardless of the outcome of my civil action. This authorization shall apply to any oth[er] agency into whose custody I may be transferred.

Date: __04/01_____, 2000

__Sydney Bradshaw__
Signature of Prisoner



## Account Activity Ledger

From: 09/15/2000   To: 03/01/2001                                Time: 00:32

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 60086 | Name BRADSHAW (I), SIDNEY | | | Block NB-14 | | | | |
| Initial Entry | 09/15/2000 | 12:56 | B#26809 | D | | 0.00 | | 0.00 |
| | 09/15/2000 | 13:17 | B#26812 | D | | 25.00 | | 25.00 |
| Sales Transaction | 09/18/2000 | 14:29 | I#36831 | I | 24.69 | | | 0.31 |
| postage | 09/20/2000 | 06:44 | B#26941 | W | | | -0.77 | -0.46 |
| postage | 09/21/2000 | 07:37 | B#26971 | W | | | -2.09 | -2.55 |
| cant.reimb.(BAU) | 09/22/2000 | 08:02 | B#27005 | D | | 24.69 | | 22.14 |
| postage | 09/28/2000 | 06:51 | B#27050 | W | | | -1.21 | 20.93 |
| postage | 09/28/2000 | 06:51 | B#27050 | W | | | -1.21 | 19.72 |
| postage | 09/28/2000 | 07:09 | B#27201 | W | | | -0.33 | 19.39 |
| postage | 10/03/2000 | 06:51 | B#27329 | W | | | -0.55 | 18.84 |
| postage | 10/03/2000 | 06:55 | B#27329 | W | | | -0.33 | 18.51 |
| postage | 10/04/2000 | 07:02 | B#27377 | W | | | -0.33 | 18.18 |
| postage | 10/05/2000 | 06:54 | B#27416 | W | | | -0.55 | 17.63 |
| postage | 10/06/2000 | 07:10 | B#27454 | W | | | -0.33 | 17.30 |
| postage | 10/06/2000 | 07:10 | B#27454 | W | | | -0.33 | 16.97 |
| postage | 10/06/2000 | 07:10 | B#27454 | W | | | -0.33 | 16.64 |
| postage | 10/09/2000 | 08:04 | B#27499 | W | | | -0.77 | 15.87 |
| postage | 10/09/2000 | 08:11 | B#27499 | W | | | -0.33 | 15.54 |
| copies/pike | 10/09/2000 | 14:17 | B#27523 | W | | | -0.50 | 15.04 |
| postage | 10/10/2000 | 06:43 | B#27530 | W | | | -0.55 | 14.49 |
| postage | 10/10/2000 | 06:47 | B#27530 | W | | | -0.33 | 14.16 |
| postage | 10/10/2000 | 07:00 | B#27530 | W | | | -0.33 | 13.83 |
| Sales Transaction | 10/10/2000 | 13:02 | I#39269 | I | 13.23 | | | 0.60 |
| postage | 10/11/2000 | 06:45 | B#27555 | W | | | -0.55 | 0.05 |
| postage | 10/24/2000 | 06:42 | B#27959 | W | | | -3.20 | -3.15 |
| postage large envel | 10/31/2000 | 06:43 | B#28226 | W | | | -2.75 | -5.90 |
| postage | 11/09/2000 | 07:19 | B#28562 | W | | | -1.65 | -7.55 |
| | 11/16/2000 | 14:47 | B#28814 | D | | 11.00 | | 3.45 |
| postage | 11/17/2000 | 06:45 | B#28819 | W | | | -1.87 | 1.58 |
| postage | 11/17/2000 | 06:46 | B#28819 | W | | | -1.65 | -0.07 |
| postage | 11/22/2000 | 06:32 | B#28993 | W | | | -0.99 | -1.06 |
| postage | 11/22/2000 | 06:33 | B#28993 | W | | | -0.55 | -1.61 |
| postage | 11/22/2000 | 06:33 | B#28993 | W | | | -0.33 | -1.94 |
| postage | 11/27/2000 | 08:13 | B#29051 | W | | | -0.77 | -2.71 |
| postage | 11/30/2000 | 07:24 | B#29204 | W | | | -1.21 | -3.92 |
| postage | 11/30/2000 | 07:25 | B#29204 | W | | | -0.77 | -4.69 |
| postage | 12/11/2000 | 07:35 | B#29482 | W | | | -3.20 | -7.89 |
| #15862 to US Distric | 12/12/2000 | 07:12 | B#29537 | W | | | -2.00 | -9.89 |
| postage | 12/18/2000 | 08:15 | B#29717 | W | | | -3.20 | -13.09 |
| postage | 01/08/2001 | 08:18 | B#30327 | W | | | -3.50 | -16.59 |
| postage | 01/16/2001 | 07:09 | B#30626 | W | | | -1.18 | -17.77 |
| postage | 01/29/2001 | 07:30 | B#31053 | W | | | -3.95 | -21.72 |
| postage | 01/29/2001 | 07:31 | B#31053 | W | | | -2.65 | -24.37 |



## Account Activity Ledger

From : 09/15/2000   To : 03/01/2001

Time : 00:32

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---------|----------|------|--------------|----------|---------|---------|------------|-----------------|
| ID 60086 | Name BRADSHAW (I), SIDNEY | | | | Block NB-14 | | | |
| postage | 02/05/2001 | 06:58 | B#31285 | W | | | -3.50 | -27.87 |
| postage | 02/20/2001 | 06:35 | B#31787 | W | | | -2.65 | -30.52 |

|  |  |  |  |
|--|--|--|--|
| Deposits | 4 | For $ | 60.69 |
| Withdraws | 39 | For $ | -53.29 |
| Invoices | 2 | For $ | 37.92 |

3 copies

|                      |   |                                  |
|----------------------|---|----------------------------------|
|                      | ) | Declaration in support           |
|                      | ) | of request to proceed            |
| Sydney Bradshaw      | ) | informa pauperis                 |
|                      | ) |                                  |

I, Sydney I Bradshaw declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security. Therefore, I state that because of my poverty, I am unable to pay the cost of said proceeding or to give security therefore, that I am entitled to relief.

1. I am not employed.

2. For the last 12 months I have been jailed and did not receive from any of the following or any other source.
A. Business   B. Self-employment   C. Rent or dividends   D. Pensions   E. Annuities or life insurance payments   F. Gifts or inheritances.

3. I have no cash or any monies in checking or savings accounts or in jail account.

4. I do not own any Real Estate, Stocks, Bonds, Notes, Automobiles or any other valuable property.

5. At this time I have no one dependent upon me but myself.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is the true and correct.
Executed on: Date 04/01/2000

_Sydney Bradshaw_
Prose Movant Signature