JUDGE'S COPY

4 copy

BERK'S COUNTY PRISON

1287 County Welfare Road

LeePort PA. 19533-9397

FILED
HARRISBURG, PA

JUL 17 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Court Clerk;

     Please note my new mailing address as listed above. The cases in the court are as follows, 1:01-cv-00755 Bradshaw v. Sauers, 1:01-cv-409 Bradsahw v. Domer et. al; No. 1:cv--01-0756, Bradsahw v. Immigration and Naturalization Service.

Thank you in advance for your help.

Date 07/05/2001.

                                Sincerely Yours,

                                Sydney Bradshaw

JUDGE'S COPY