*see at*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,  :
      Plaintiff  :
                             :    CIVIL NO. 1:CV-01-0755
vs.  :
                             :    (Judge Caldwell)
PATRICIA L. SAUERS, M.D.,  :
et al.,  :
      Defendants  :

**FILED**
**HARRISBURG, PA**

**JUL 17 2001**

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 17th day of July, 2001, it is ordered that:

1. Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint (doc. 1) on the defendants named therein.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

---

[1] Bradshaw completed this court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden of the York County Prison to commence deducting the full filing fee from plaintiff's prison trust fund account.