OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Sydney Bradshaw
CTY-York
York County Prison
60086
3401 Concord Road
York, PA   17402

Re: 1:01-cv-00755

REFUSED LEGAL MAIL

RETURN TO SENDER:
☐ No forwarding address
☐ Unauthorized items
OPEN IN PRESENCE OF INMATE

RTS
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

Please file all pleadings dire
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smy

---

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mar
Magistrate Judge Thomas M. Blev

---

Judge James F. McClure
Judge Malcolm Muir

FILED HARRISBURG, PA
JUL 3[1] 
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,

    Plaintiff

vs.

PATRICIA L. SAUERS, M.D.,
et al.,

    Defendants

CIVIL NO. 1:CV-01-0755

(Judge Caldwell)

FILED
HARRISBURG, PA

JUL 1 7 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 17th day of July, 2001, it is ordered th[at]

1. Plaintiff's motion to proceed in forma pauperis i[s] construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint (doc. 1) on the defendants named therein.

                                  WILLIAM W. CALDWELL
                                  United States District Judge

---

[1] Bradshaw completed this court's form application to proc[eed] in forma pauperis and authorization to have funds deducted from [his] prison account. The court then issued an Administrative Order directing the warden of the York County Prison to commence deducting the full filing fee from plaintiff's prison trust fun[d] account.