AO 440 (Rev. 10/93) Summons in a Civil Action



# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,
  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

PATRICIA L. SAUERS, M.D.,
YORK COUNTY PRISON, and
EMA

CASE NUMBER: 1:CV-01-0755
Judge Caldwell

FILED
SCRANTON
AUG 17 2001

PER _____
DEPUTY CLERK

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sydney Bradshaw
CTY-York
York County Prison
3401 Concord Road
York, Pa. 17402

an answer to the complaint which is herewith served upon you, within __(20) Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

July 17, 2001
DATE

_George T. Gardner_
(BY) DEPUTY CLERK George T. Gardner

## WAIVER OF SERVICE OF SUMMONS

TO: _Sydney Bradshaw_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Bradshaw_ vs. _Sauers_, which is case number _CV-01-755_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-24-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_August 15, 2001_                                   _A. Tracey Campbell_
Date                                                Signature

Printed/Typed Name:   A. Tracey Campbell, Esquire

Title if any:

Address:              White and Williams LLP
                      1500 Lancaster Ave., Suite 206
                      Paoli, PA  19301

FILED
SCRANTON
AUG 17 2001
PER __ DEPUTY CLERK

For Corporation, if any:

Representing defendant(s) if any:   Dr. Patricia L. Sauers and EMSA

## WAIVER OF SERVICE OF SUMMONS

TO: _Sydney Bradshaw_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Bradshaw_ vs. _Jauan_, which is case number _CV-01-755_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-24-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_8/6/01_
Date

Signature

Printed/Typed Name: Donald L. Reihart, Esquire

Title if any: Assistant County Solicitor for York County

Address: 2600 Eastern Blvd., Suite 204

York, PA 17402

FILED SCRANTON AUG 17 2001 PER DEPUTY CLERK

For Corporation, if any:

Representing defendant(s) if any: York County Prison

2001 AUG -9 AM 8:48
RECEIVED
USMS, MIDDLE/PA