ORIGINAL

(10)

FILED 8/20/
HARRISBURG, PA

AUG 17 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## WAIVER OF SERVICE OF SUMMONS

TO: _Sydney Bradshaw_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Bradshaw_ vs. _Lauer_, which is case number _CV-01-755_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-24-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_August 15, 2001_
Date

Signature: _A. Tracey Campbell_

Printed/Typed Name: A. Tracey Campbell, Esquire

Title if any: _____

Address: White and Williams LLP
1500 Lancaster Ave., Suite 206
Paoli, PA 19301

For Corporation, if any: _____

Representing defendant(s) if any: Dr. Patricia L. Sauers and EMSA