ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW             :
                            :
                            :
vs.                         :      No. 1:CV-01-0755
                            :      Judge Caldwell
PATRICIA L. SAUERS, M.D.    :
YORK COUNTY PRISON, and     :
EMA                         :

FILED
HARRISBURG
AUG 3 0 2001
MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

Kindly enter our appearance on behalf of Defendants, Patricia L. Sauers, M.D. and EMSA Correctional Care, Inc. (incorrectly identified as "EMA") in the above-captioned matter and note said Defendants' demand for a Jury Trial of twelve persons.

                        WHITE AND WILLIAMS LLP

            By:    _____
                   Charles T. Roessing, Esquire
                   I.D. No. 23980
                   A. Tracey Campbell, Esquire
                   I.D. No. 70534
                   Counsel for Defendants
                   Patricia L. Sauers, M.D. and
                   EMSA Correctional Care, Inc.
                   (incorrectly identified as "EMA")

Dated: August 14, 2001