ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW                         :
    PLAINTIFF                       :         No. 1:CV-01-755
                                    :         (Judge Caldwell)
  V.                                      :
                                    :         FILED
                                    :         HARRISBURG, PA
PATRICIA L. SAUERS, M.D.                :         DEC 2 6 2001
et. al.,                                :
                                                  MARY E. D'ANDREA, CLE
                                                  Per _____ Deputy Clerk

Motion to obtain defendant's motion to dismiss.

Now comes the plaintiff Prose, and request this Most Honorable Court to please mail him a copy of the defendants motion to dismiss motion. At the same time to grant him an enlargement of time to respond to the defendant's motion to dismiss for up to this date he has not had an opportunity to view the defendants motion to dismiss.

Pursuant to 28. USC § 1746, I declare under penalty of perjury that th eforegone is true and correct.

Date: 12-20-2001.

                              Respectfully submitted,

                              _____
                              SYDNEY BRADSHAW


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document (s) was served on the opposition counsel at their office located at White and Willams LLP, 1500 Lancaster Ave, Paoli, PA. 19301 - 1500 On the 21 day of December 2001. by regular mail.

                                                  _____
                                                  SYDNEY BRADSHAW