

MARY E. D'ANDREA
Clerk of Court

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov



Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

January 2, 2002

Mr. Sydney Bradshaw
#01-6410
Montgomery County Correctional Facility
60 Eagleville Road
Norristown, PA 19403

    Re:  Bradshaw v. Sauers, et al., Civil No. 1:CV-01-0755

Dear Mr. Bradshaw:

    In response to your request of December 26, 2001, enclosed are copies of Documents 16 and 18 in the above-referenced case. Although there is usually a per page charge for copies, these are being provided to on this one occasion free of charge.

                                        Sincerely,

                                        Lois A. Fuller
                                        Pro Se Office

laf
Enclosures