*See Attachment*  ㉑
1-9-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,                    :
                                    :
       Plaintiff                    :
                                    :        CIVIL NO. 1:CV-01-0755
       vs.                          :
                                    :        (Judge Caldwell)
PATRICIA L. SAUERS, M.D.,           :
et al.,                             :
                                    :
       Defendants                   :

FILED
JAN  8 2002
PER_____
HARRISBURG, PA.        DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On December 11, 2001, pro se plaintiff Sydney Bradshaw was

directed to file a brief in opposition to the defendants' October

29, 2001 motion to dismiss.  (Doc. 17).  Plaintiff was advised that

his lawsuit was in peril of dismissal pursuant to Rule 41(b) of the

Federal Rules of Civil Procedure if he failed to comply with this

Order.  Bradshaw was given twenty (20) days to comply with this

Order.

On December 21, 2001, Bradshaw requested a copy of the

defendants' motion to dismiss and requested an enlargement of time

to respond to the same claiming "to this date he has not had an

opportunity to view defendants motion to dismiss."  (Doc. 19).

While it is noted that defendants' motion and supporting documents

bear the appropriate certificate of service indicating Bradshaw was

sent copies of all relevant documents, on January 2, 2002, the

Clerk's office forwarded Bradshaw yet another copy of defendants'

motion, brief and supporting exhibits (docs. 16 and 18).  Bradshaw

is now equipped with the requested documents necessary to respond

to defendants' potentially dispositive motion.  Therefore, we will

dismiss this case for failure to prosecute and comply with a court

order under the authority of Rule 41(b) if plaintiff fails to

oppose the motion or otherwise communicate with the court within

ten (10) days of the date of this order.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Plaintiff Bradshaw shall file within ten (10) days of the date

hereof a brief in opposition to defendants' motion to dismiss.  If

plaintiff fails to file a brief in opposition, we will consider

dismissing plaintiff's complaint pursuant to Rule 41(b) for failure

to prosecute and comply with a court order.


_____
WILLIAM W. CALDWELL
United States District Judge


Date: January 8, 2002