IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,

    Plaintiff

vs.

PATRICIA L. SAUERS, M.D.,
et al.,

    Defendants

CIVIL NO. 1:CV-01-0755

(Judge Caldwell)

FILED JAN 3 1 2002
PER HARRISBURG, PA. DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    On January 25, 2002, plaintiff Bradshaw filed his second motion for enlargement of time to respond to the defendants' October 29, 2001 motion to dismiss. This request comes after two warnings from this court (December 11, 2001, and then again on January 8, 2002), that his failure to properly oppose the outstanding motion to dismiss may result in the dismissal of his action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    In his current motion for enlargement, Bradshaw certifies that as of January 14, 2002, he needed "an additional ten days" to properly respond to the motion. (doc. 22). Guardedly we will grant Bradshaw an additional ten days from the date of this order to respond to defendants' motion. Bradshaw is advised that no enlargements will be granted. This Court will dismiss his case for failure to prosecute and comply with a court order under the

authority of Rule 41(b) if he fails to file a brief in opposition to defendants' October 26, 2001-motion within ten (10) days of the date of this order.

AND NOW, this 30th day of January, 2002, it is ordered that:

1. Bradshaw's Motion For Enlargement of Time (doc. 22 is granted.

2. Plaintiff Bradshaw shall file a response in opposition to defendants' motion to dismiss on or before February 13, 2002.

3. No additional enlargements will be granted to Bradshaw with respect to this matter.

4. If plaintiff fails to file a brief in opposition, plaintiff's case will be dismissed pursuant to Rule 41(b) for failure to prosecute and comply with a court order.

5. Defendants may file a reply brief in response to plaintiff's brief in opposition to their motion to dismiss on or before March 1, 2002.

*William W. Caldwell*
William W. Caldwell
United States District Judge