# United States District Court for the Middle District of Pennsylvania



Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS | CLERK'S OFFICE ADDRESS |
|---|---|
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Thomas M. Blewitt<br>Magistrate Judge Malachy E. Mannion | U.S. District Court<br>235 North Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 |
| Judge Yvette Kane<br>Judge Sylvia H. Rambo<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut St.<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| Judge Malcolm Muir<br>Judge James F. McClure | U.S. District Court<br>240 West Third St.<br>Suite 218<br>Williamsport, PA 17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,

    Plaintiff

vs.

PATRICIA L. SAUERS, M.D.,
et al.,

    Defendants

CIVIL NO. 1:CV-01-0755

(Judge Caldwell)

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    We are considering the defendants' motion styled as a "motion to dismiss plaintiff's complaint pursuant to F.R.C.P. 12(b)(6) and/or summary judgement." The motion is supported by matters outside the pleadings, and it appears that these matters will be necessary to dispose of the motion in part. We therefore advise the pro se plaintiff that, despite defendants' reference to Rule 12(b)(6), the motion will be treated solely as one for summary judgment and that he will be given fifteen days to file any evidentiary material relevant to the motion that he has not already filed.

    Accordingly, this 23rd day of May, 2002, it is ordered that: