

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,

    Plaintiff

vs.

PATRICIA L. SAUERS, M.D.,
et al.,

    Defendants

CIVIL NO. 1:CV-01-0755

(Judge Caldwell)

O R D E R

AND NOW, this 24th day of July, 2002, for the reasons set forth in the foregoing Memorandum, it is ordered that:

1. Defendants' motion for summary judgment (doc. 16) is granted. The Clerk of court is directed to enter judgment in favor of defendants and against plaintiff.

2. The Clerk of Court is directed to vacate the Administrative Order issued in this case (doc. 4), and refund to plaintiff any monies paid toward the filing fee in this action.

3. Paragraph 1 of the July 17, 2001, Order (doc. 7), is modified to read as follows: "Plaintiff is granted in forma pauperis status."

4. The Clerk of Court is directed to mark this matter closed.

WILLIAM W. CALDWELL
United States District Judge

FILED
JUL 24 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

Certified from the record
Date 7/24/02
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk