

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

**SYDNEY BRADSHAW,**
    Plaintiff



        v.            **CASE NUMBER: 1:CV-01-0755**

**PATRICIA L. SAUERS, M.D.**, the Medical Director
and treating physician at the York County
Prison;
**YORK COUNTY PRISON;** and
**EMSA CORRECTIONAL CARE, INC. ("EMSA"),**
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of the defendants, Patricial L. Sauers, M.D., the Medical Director and treating physician at the York County Prison, York County Prison, and EMSA Correctional Care, Inc. ("EMSA") and against the plaintiff, Sydney Bradshaw.

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Date: July 24, 2002        Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk